# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 163 |
| | : | |
| AMENDMENT OF RULE 219 OF THE | : | DISCIPLINARY RULES |
| PENNSYLVANIA RULES OF | : | |
| DISCIPLINARY ENFORCEMENT | : | DOCKET |

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of June, 2018, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal having been published for comment in the Pennsylvania Bulletin, 48 Pa.B. 1270 (March 3, 2018):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 219 of the Pennsylvania Rules of Disciplinary Enforcement is amended in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.

Material to be added is bolded and underlined.
Material to be deleted is bolded and in brackets.